THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
T.S. Martin Homes, L.P.,       
Appellant,
 
 
 

v.

 
 
 
Cornerstone Columbia, LLC, and The American Arbitration Association, 
 Inc.,        Defendants,
Of Whom Cornerstone Columbia, LLC, is the       
Respondent.
 
 
 

Appeal From Richland County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2003-UP-196
Submitted January 29, 2003  Filed March 
 13, 2003 

AFFIRMED

 
 
 
Daniel T. Brailsford, of Columbia; for Appellant.
James C. Gray, Jr, Esquire; Thomas M. Kennaday, of Columbia; for Respondent.
 
 
 

PER CURIAM:  T.S. Martin, LLC appeals the 
 circuit courts order granting Cornerstones motion to dismiss a complaint filed 
 by T.S. Martin pursuant to Rule 12(b)(6), SCRCP.  We affirm 
 [1] pursuant to Rule 220(c), SCACR, and the following authorities:  Munoz 
 v. Green Tree Financial, 343 S.C. 531, 540, 542 S.E.2d 360, 364 (2001) (While 
 the requirements of [a statute] may be raised on the merits of the contracts 
 enforceability . . . these requirements do not apply to determine the validity 
 of the arbitration clause itself.); Zabinski v. Bright Acres Assocs., 
 346 S.C. 580, 596, 553 S.E.2d 110, 118 (2001) (stating that the policy of the 
 United States and South Carolina is to favor arbitration); Heffner v. Destiny, 
 Inc., 321 S.C. 536, 537, 471 S.E.2d 135, 136 (1995); Gaskins v. Southern 
 Farm Bureau Cas. Ins. Co., 343 S.C. 666, 671, 541 S.E.2d 269, 271-72 (Ct. 
 App. 2000) (granting a Rule 12(b)(6) motion to dismiss is warranted if the factual 
 allegations, taken in the light most favorable to the plaintiff, together with 
 the inferences reasonably deducible therefrom, would not entitle the plaintiff 
 to relief under any theory of the case).  
AFFIRMED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.